## IN RE OWENS

No. 122PA98

Case below: 128 N.C.App. 577

Petition by appellant for discretionary review pursuant to G.S. 7A-31 allowed 6 May 1998. Motion by Attorney General to dismiss appeal denied 6 May 1998.

## IN RE PHILLIPS

No. 141P98

Case below: 128 N.C.App. 732

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 May 1998.

## NATIONWIDE MUTUAL INS. CO. v. DEMPSEY

No. 116P98

Case below: 128 N.C.App. 641

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 May 1998.

## PARIS v. WOOLARD

No. 65P98

Case below: 128 N.C.App. 416

Petition by third-party defendant (Agency Services, Inc.) for discretionary review pursuant to G.S. 7A-31 denied 6 May 1998.

## PEZZELLA v. MORTLOCK

No. 100P98

Case below: 128 N.C.App. 532

Petition by plaintiffs for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 7 May 1998.